# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**BENJAMIN GILBERTO AYALA-BLANCO**<br>DOB: xx/xx/1992; Mexican Citizen | DOCKET NO.<br><br>**VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>11-09068M |

FILED ___ RECEIVED ___
JAN - 4 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Complaint for violation of Title 18, United States Code § 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 3, 2011, at or near Douglas, in the District of Arizona, Benjamin Gilberto Ayala-Blanco did knowingly and forcibly assault United States Border Patrol Agent Oscar Alberto Millan, while Agent Millan was engaged in performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 3, 2011, at approximately 8:05 am in Douglas, Arizona, United States Border Patrol Agent Oscar Alberto Millan was working near the international boundary fence just west of the Douglas Port of Entry, when he observed an individual, later identified as Benjamin Gilberto Ayala-Blanco, being lowered by a rope from the boundary fence into the United States. Agent Millan then observed Ayala-Blanco crawling north approximately 25 yards further into the United States. At that time, Agent Millan traveled approximately ¼ mile in a marked Border Patrol vehicle towards Ayala-Blanco to apprehend him. As Agent Millan approached Ayala-Blanco, Ayala-Blanco stood and ran south back towards the boundary fence. An unidentified individual threw a rope over the boundary fence from Mexico into the United States. Ayala-Blanco secured the rope around his waist. As Agent Millan exited his vehicle and approached Ayala-Blanco, he instructed Ayala-Blanco in Spanish to get down and remove the rope. Ayala-Blanco did not comply and the unidentified individual on the Mexican side of the boundary fence began pulling on the rope. Agent Millan grabbed Ayala-Blanco to prevent him from being hoisted back over the boundary fence. Ayala-Blanco then bit Agent Millan on the left hand near the thumb joint area. The bite punctured Agent Millan's skin and left bruising marks on the back of his hand. Ayala-Blanco continued to struggle to get away until another agent responded to the area and cut the rope from which Ayala-Blanco was suspended. Both agents then removed Ayala-Blanco from the border fence area for their safety.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA Angela W. Woolridge<br>*/s/ Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>(official title) */s/ Jeremy A. Nielsen*<br>OFFICIAL TITLE<br>**FBI Agent** |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 4, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5